STATE v. JOHNSON

No. 78P86.

Case below: 78 N.C. App. 729.

Temporary stay pending receipt and consideration of the State's petition for discretionary review allowed 7 February 1986.

STATE v. LOCKLEAR

No. 707P85.

Case below: 77 N.C. App. 414.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.

STATE v. McDANIEL

No. 600P85.

Case below: 76 N.C. App. 543.

Motion by State to dismiss appeal for lack of substantial constitutional question allowed 7 January 1986. Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. MITCHELL

No. 597P85.

Case below: 76 N.C. App. 346.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 18 February 1986.

STATE v. MITCHELL

No. 718P85.

Case below: 77 N.C. App. 663.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.